AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

133 IRVINGTON STREET, APARTMENT #202, S.W.
WASHINGTON, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ___JOSEPH P. BELLINO___ being duly sworn depose and say:

I am a(n) ___Officer with the United States Park Police___ and have reason to believe
　　　　　　　　　　(Official Title)

that (name, description and or location)
**the entire premises known as 133 Irvington Street, Apartment #202, Southwest Washington D.C.  The building is located on the north side of Irvington Street, east of Martin Luther king Avenue and west of Ivanhoe Street across from 112 Irvington Street in Southwest Washington D.C. The building is described as a three story brown brick building. The front door to the building is black in color made of metal and glass. The numbers "133" in white on a brown background are to the east of the front door.   "131" is connected and directly to the east of Building "133". "135" is connected and directly to the west of Building "133". Apartment 202 is located on the second floor, top of the stairs, only door on the right. The numbers "202" are in black on a small brass plate located above the peep hole. The door to apartment "202" is white in color.**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
　　　　**See Attached**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

concerning a violation of Title 18 U.S.C.   United States Code, Section(s) 922 (g)(1) The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    xYES   ☐   NO

JEFFREY RAGSDALE
CRIMINAL
(202) 514-8321

Signature of Affiant
JOSEPH P. BELLINO, BADGE NO. 316
United States Park Police (USPP)

Sworn to before me, and subscribed in my presence

_____          at Washington, D.C.
Date

_____          _____
Name and Title of Judicial Officer          Signature of Judicial Officer

AFFIDAVIT  IN SUPPORT OF A SEARCH WARRANT

**133 Irvington Street, Apartment #202, Southwest, Washington D.C.**

1.      This affidavit is submitted in support of an application for a search warrant for the entire premises known as 133 Irvington Street, Apartment #202, Southwest Washington D.C.  The building is located on the north side of Irvington Street, east of Martin Luther king Avenue and west of Ivanhoe Street across from 112 Irvington Street in Southwest Washington D.C. The building is described as a three story brown brick building. The front door to the building is black in color made of metal and glass. The numbers "133" in white on a brown background are to the east of the front door.   "131" is connected and directly to the east of Building "133". "135" is connected and directly to the west of Building "133". Apartment 202 is located on the second floor, top of the stairs, only door on the right. The numbers "202" are in black on a small brass plate located above the peep hole. The door to apartment "202" is white in color.

2.      Your Affiant is Joseph P. Bellino, Badge #316.  Your affiant is an officer with the United States Park Police (USPP) and assigned to the Anacostia Station.  Your affiant has been an Officer with the USPP for approximately five years.  Prior to joining the USPP, your affiant was an Officer with the United States Capitol Police where he served for approximately two years. During your affiants tenure as a police officer, he has received training in the ownership, concealment and transportation of firearms.  This knowledge is based upon training and experiences from structured classes as well as street level investigations.  Your affiant has conducted or participated in approximately 40-50 arrests that led to the recovery of firearms within the tri-state area.  Your affiant has been involved in the preparation and execution of several firearm related search warrants, many of which have resulted in the seizure of additional firearms, ammunition, documents related to firearm purchase, gun cleaning kits, gun boxes and other contraband related to firearm possession.  The following information is based upon investigation and information gained through interviews and interrogations conducted by your affiant and other USPP officers.  The facts supplied in this affidavit are intended to establish probable cause and not intended to relay all facts or information known to the law enforcement community.

3.      Based upon you affiants professional training, experience and as an officer enforcing criminal laws against illegal gun possession, and you affiants work with other veteran police officers and detectives, you affiant can state the following:

4.      That persons who keep or carry guns illegally commonly retain items associated with their firearms long after they have bought or got the guns, including the original manufacturer's packaging, gun-cleaning equipment, and additional parts, such as gun sights, and, that these are almost always stored in the gun-possessor's home; in particular, gun-cleaning equipment, which is evidence of illegal gun possession; normally is not carried on a person with a gun, but kept at home, to be used periodically to keep a gun " in shape" or good working order and that such gun possessors buy or get and keep in storage extra ammunition for their firearms, beyond the immediate capacity of the particular firearm; and, that they keep such additional ammunition in their homes; among the main reasons for this is that the smallest amount of bullets that

commonly can be bought from a gun shop is a 50-round box or brick; this is a standard size bought at gun shops across the District of Columbia in Prince Georges County, Maryland; the gun shops in Prince Georges County are the closest and most convenient source of ammunition for persons with guns in the area of the Sixth and Seventh MPD District; few if any guns have a capacity of 50 rounds, and thus most persons who have guns in the Seventh District, or elsewhere in Washington D.C.; must have bullets kept or stored outside a gun that is being carried personally;

5.      That, it is quite common for a person who possesses an firearm to own or possess additional firearms, and that it is common for a person who is found carrying a firearm on his person or in his vehicle to have stored at home one or more additional firearms, along with additional ammunition, and papers related to the acquisition of that firearm; this is particularly so if the person who is found carrying the firearm has ties to illegal narcotic-trafficking.

6.      That many persons who illegally possess guns often have pictures taken of themselves individually or of themselves with friends in which they display their gun or guns, and that these pictures, themselves excellent evidence of illegal gun possession, commonly kept at the gun possessor's home or in their room at their homes, along with gun paraphernalia.

7.      That, even after an individual's arrest for gun-related charges, the person's family and associates commonly do not dispose of other firearms or ammunition; and, even if they do get rid of other guns, they are much less likely to get rid of ammunition, possession of which almost always a crime in Washington D.C.; further, that hardly ever to such associates remove or get rid of gun packaging or cleaning equipment or photographs of a person with a gun; and that such items will remain at the arrested individual's home for a considerable period of time after such an arrest.

### Summary of Investigation

8.      On November 22nd at approximately 2:52am, while on routine patrol of the Suitland Parkway in Prince Georges County Maryland, your affaint received information about the report of "shots fired" at the Tradewinds Night Club, in Camp Springs Maryland.  From past experience and previous arrests of persons leaving the Tradewinds Night Club, your affaint had knowledge that many of the patrons leaving Tradewinds commonly use Branch Avenue and the Suitland Parkway to re-enter Washington DC.  The Prince Georges County Police Department (PGPD) reported six (6) shots were fired and had Officers responding to the scene.  As PGPD Officers responded to the area, your affiant began to monitor vehicle traffic on the Branch Avenue ramp to westbound Suitland Parkway.

9.      Moments later, at approximately 2:53am, your affiant observed a white 1994 Buick Park Avenue, displaying DC registration CF1965, traveling at a high rate of speed with no front or rear lights.  The Buick was observed swerving in an out of traffic and at one point drove into the lanes of oncoming traffic.  Concerned by the Buick's actions and that the vehicle could be involved in the shooting, your affiant attempted to conduct traffic stop, on the Buick, as the vehicle drove on the ramp from Branch Avenue to westbound Suitland Parkway.  After initiating emergency lights and siren, of your affiant's marked police cruiser, the Buick failed to stop and

fled the scene at a high rate of speed.  A vehicle pursuit ensued as the Buick traveled west on the Suitland Parkway toward Naylor Road.  The Buick then turned north onto Naylor Road, and quickly turned west onto Southern Avenue exiting the State of Maryland and entering the District of Columbia.  On Southern Avenue the speed, of the vehicle, increased as the Buick drove through red lights and swerved through traffic in an attempt to elude Officers.  On Southern Avenue at 6th Street SE, the Buick lost control and ran over a stop sign and collided into a tree.  Your affiant observed two persons inside the vehicle, the driver and a front seat passenger.

10.     After colliding head on into the tree, the Buick was disabled and the driver, later identified as Rodriquez Jerome SEEGERS, exited the driver's door then stopped near the front left hood, of the automobile, and grabbed his waistband area.  While momentarily standing still, SEEGERS began to maneuver his front waistband area before beginning to flee on foot.  As SEEGERS began to run, the undersigned Officer heard the sound of a large metal object hitting the sidewalk.  A foot pursuit ensued and SEEGERS was apprehended about two (2) blocks away in the 600blk of Galveston Street SE.  In the area were SEEGERS was observed grabbing his front waistband, a black and gray High Point, model CF380, semi-automatic handgun, with serial number #P913209 was recovered on the sidewalk north on the front left tire.

11. Within a few seconds after the crash, the front seat passenger was observed to exit the car and walk away. A lookout was broadcast for the subject.  Your officers then observed a black male subject exit a wooded area and walk down Southern Avenue away from the scene.  Your affiant positively identified the subject, later identified by his Maryland Driver's license as Reginald Gene BIZZELL, to be the front seat passenger of the Buick. On scene, BIZZELL stated that he had just left his girlfriend's home and was walking to his residence and had nothing to do with the vehicle pursuit.   A later search, of the Buick, revealed BIZZELL's wallet and drivers license on the front passenger floorboard.

12.     A search, of the Buick, revealed five (5) 9mm spent shell casings within the passenger compartment of the Buick.  Both SEEGERS and BIZZELL possessed paperwork and advertisements for the parties at the "Tradewinds" Nightclub.  A further search revealed, a black 9mm Ministorm semi-automatic handgun, with serial number #457308, was observed on the ground and under the vehicle in the vicinity of the left tire. The black Ministorm handgun had a spent shell casing in the chamber and two (2) rounds of 9mm ammunition in the magazine.

13.     A records check of BIZZELL revealed a conviction for Murder 2 and Conspiracy to Commit Murder on November 5th 1998.  BIZZELL received a sentence of 10-30 years for the Murder conviction and is currently on probation.  BIZZELL is currently being charged in United States District Court for the District of Columbia with violations of Title 18, United States Code, Section 922(g)(1) - Felon in Possession of a Firearm.

14.     At USPP District 5, during prisoner processing and during an interview with a Detective, BIZZELL advised his address to be "133 Irvington Street,  Apartment #202 S.W. Washington DC".  A search of the black leather wallet recovered from the front passenger floorboard, of the Buick, revealed the Maryland Driver's license of BIZZELL and release paperwork for Court

Services and Offender Supervision Agency for the District of Columbia (CSOSA).  The CSOSA paperwork, dated on November 15th 2006 and signed by CSOSA personnel, was listed to BIZZELL and reported his address to be 133 Irvington Street, Apartment #202, SouthwestWashington DC 20032".  In addition the defendant reported the same address to the Pre-Trial Services Agency. The apartment complex at 133 Irvington Street, NW is within walking distance of the location of BIZZELL's apprehension.  The direction the BIZZELL was walking was directly toward 133 Irvington Street, NW.

15.    Based on the aforementioned information and your affiant's experience and training in weapons related investigations, your affiant respectfully request that a search warrant be issued for the 133 Irvington Street, Apartment #202, Southwest, Washington, D.C. for the seizure of documents indicating possession and/or ownership of firearms or firearms equipment and other firearm related paraphernalia, additional rounds of ammunition, miscellaneous gun pieces, holsters, gun cleaning kits, targets, photographs of both firearms and subjects with firearms, and any other contraband to include documents such as ledgers, phone books, address books, receipts, canceled checks, money order, monies, vehicle titles, documents pertaining to occupancy of residence, photographs and undeveloped film that may depict criminal activity, or any other contraband in violation of District of Columbia and United States laws.

_____
JOSEPH P. BELLINO
OFFICER
UNITED STATES PARK POLICE

Sworn and subscribed before me this _____ day of November, 2006.

_____
United States Magistrate Judge