AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

WASHINGTON, DC

**SEARCH WARRANT**

CASE NUMBER 0 6 - 4 8 9 - M - 0 1

TO: __JOSEPH P. BELLINO__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by Officer JOSEPH P. BELLINO who has reason to believe that
(name, description and or location)

the entire premises known as                                    , Southwest Washington D.C. The building is located on the north s'            east of            Avenue and west of ' Street in           . The building is described as a three story brown brick building. The front door to the building is black in color made of metal and glass. The numbers        in white on a brown background are to the east of the front door. '     s connected and directly to the east of Building            connected and directly to the west of Building             is located on the second floor, top of the stairs, only door on the right. The numbers are in black on a small brass plate located above the peep hole. The door to apartment        " is white in color.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ____DEC 0 1 2006____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 2 7 2006   2:20 pm.       at Washington, D.C.
Date and Time Issued
**ALAN KAY
U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer        Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/27/06 | 11/28/06  0642 hrs | Marlene Seegers |

**INVENTORY MADE IN THE PRESENCE OF**

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1 tablet of suspected Ecstasy, 2 pieces of mail matter,

**FILED**

NOV 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature]   11-29-06
U.S Judge or Magistrate   Date